UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE. PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |
| _____/ | |
| THIS DOCUMENT RELATES TO:<br>BRIAN DAVID NELSON_____<br>(Plaintiff Name) | JURY TRIAL DEMANDED |

**SHORT-FORM COMPLAINT**

The Plaintiff named below, by counsel, files this Short Form Complaint against Defendants named below. Plaintiff incorporates by reference the allegations contained in the Amended Master Personal Injury Complaint ("AMPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation*, MDL No. 2924 (S.D. Fla). Plaintiff files this Short-Form Complaint – Version 2 as permitted by Pretrial Order No. 31 and as modified by the Court's Orders regarding motions to dismiss [DE 2532, 2512, 2513, 2515, and 2016].

Plaintiff selects and indicates by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff shall add and include them herein.

Plaintiff, by counsel, allege as follows:

### I.   PARTIES, JURISDICTION, AND VENUE

**A.   PLAINTIFF**

1. Plaintiff <u>Brian D. Nelson</u> ("Plaintiff") brings this action (check the applicable designation):

   ☒   On behalf of himself.

1

    ☐    In representative capacity as the _____, on behalf of the injured party, (Injured Party's Name) _____.

2. Injured Party is currently a resident and citizen of Alamogordo, New Mexico and claims damages as set forth below.

—OR—

    Decedent died on (Month, Day, Year) _____. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____.

If any party claims loss of consortium,

3. Shirley Nelson ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) Alamogordo, New Mexico.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) Alamogordo, New Mexico.

**B.     DEFENDANTS**

6. Plaintiff names the following Defendants from the Amended Master Personal Injury Complaint in this action:

   a. **Brand-Name Manufacturers:**

   Boehringer Ingelheim USA Corporation; Boehringer Ingelheim Pharmaceuticals, Inc.; Boehringer Ingelheim Corporation; GlaxoSmithKline LLC; GlaxoSmithKline (America) Inc.; Pfizer Inc.; Sanofi-Aventis U.S. LLC; Sanofi US Services Inc.; Sanofi SA;

   b. **Generic Manufacturers:**

   Dr. Reddy's Laboratories, Inc; Dr. Reddy's Laboratories, Ltd.; Dr. Reddy's Laboratories LLC; Dr. Reddy's Laboratories SA; Apotex Inc.; Apotex Corporation; L. Perrigo Co; Perrigo Company; Perrigo Research & Development Company; Amneal Pharmaceuticals LLC; Amneal Pharmaceuticals of New York, LLC; Granules India Ltd.; Granules USA, Inc.;

   c. **Distributors and Repackager:**

   AmerisourceBergen Corporation; Cardinal Health, Inc.; McKesson

      Corporation; WalMart Stores, Inc.; Chattem, Inc;

  d. **Retailers:**

    Wal-Mart; Costco Wholesale Corporation

  e. **Others Not Named in the AMPIC:**

**C.**    **JURISDICTION AND VENUE**

7. Identify the Federal District Court in which Plaintiff would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]: <u>The United States District Court for the District of New Mexico</u>

8. Jurisdiction is proper upon diversity of citizenship.

## II.    PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [Check all that apply]

  ☒    By prescription

  ☒    Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately 2012 to 2020.

## III.    PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, he was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
|  | BLADDER CANCER |  |
|  | BREAST CANCER |  |
|  | COLORECTAL/INTESTINAL CANCER |  |
|  | ESOPHAGEAL CANCER |  |
|  | GASTRIC CANCER |  |
|  | KIDNEY CANCER |  |
|  | LIVER CANCER |  |
|  | LUNG CANCER |  |
| X | PANCREATIC CANCER | April 6, 2017 |
|  | PROSTATE CANCER |  |

3

|   | OTHER CANCER: _____ |   |
|---|---|---|
|   | DEATH (CAUSED BY CANCER) |   |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

### IV.   CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Amended Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

14. By checking the appropriate causes of action below, Plaintiff asserts these causes of action based upon the law and applicable Sub-Counts of the following states:

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the AMPIC |
|---|---|---|---|
| X | I | Strict Products Liability – Failure to Warn through Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| X | II | Negligence – Failure to Warn through Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** LA, NJ, OH, and WA[1] |
| X | III | Strict Products Liability – Failure to Warn through Proper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| X | IV | Negligence – Failure to Warn through Proper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** LA, NJ, OH, OK, and WA[2] |

---

[1] This claim is made with respect to New Mexico law only.
[2] This claim is made with respect to New Mexico law only.

4

|   | V | Negligence - Failure to Warn Consumers through the FDA (Against Brand-Name and Generic Manufacturer Defendants) | CA, DE, DC, HI, IN, KY, LA, MD, MA, MN, MO, NV, NY, OR, and PA |
|---|---|---|---|
| X | VI | Strict Products Liability – Design Defect Due to Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| X | VII | Strict Products Liability – Design Defect Due to Improper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, Except DE, IA, MA, NC, PA, and VA |
|   | VIII | Negligent Failure to Test (Against Brand-Name and Generic Manufacturer Defendants) | KS, TX |
| X | IX | Negligent Product Containers: (Against Brand-Name and Generic Manufacturers of pills) | All States and Territories |
| X | X | Negligent Storage and Transportation Outside the Labeled Range (Against All Retailer and Distributor Defendants) | All States and Territories |
| X | XI | Negligent Storage and Transportation Outside the Labeled Range (Against All Brand-Name and Generic Manufacturer Defendants) | All States and Territories |
|   | XII | Negligent Misrepresentation (Against Brand-Name Manufacturers by Generic Consumers in California) | CA only |
|   | XIII | Reckless Misrepresentation (Against Brand-Name Manufacturers by Generic Consumers in Massachusetts) | MA only |
| X | XIV | Unjust Enrichment (Against All Defendants) | All States and Territories |
|   | XV | Loss of Consortium (Against All Defendants) | All States and Territories |
|   | XVI | Wrongful Death (Against All Defendants) | All States and Territories |

If Count XV or Count XVI is alleged, additional facts supporting the claims:

_____

## V. JURY DEMAND

15. Plaintiff hereby demands a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff has been damaged as a result of Defendants' actions or inactions and demands judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Amended Master Personal Injury Complaint.

Respectfully Submitted,

JOHN D. WHEELER & ASSOCIATES,
a Professional Corporation

By: /s/ John D. Wheeler
John D. Wheeler
Attorney for Plaintiff
P.O. Box 1810
Alamogordo, NM  88311-1810
(505) 437-5750 (Telephone)
(505) 437-3557 (Facsimile)
jdw@jdw-law.com